IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> Plaintiff, <br> v. <br> **LARRY WALTON,** <br> Defendant. | ) <br> ) Cr. No. 0 5 - 1 0 0 7 4 - T <br> ) <br> ) <br> ) <br> ) |

## APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have

**LARRY WALTON, DOB 03/27/63, FBI # 630198x9, SSN 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 (or) 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,**

being detained in the West Tennessee State Penitentiary at Henning, Tennessee, appear before the Honorable S. Thomas Anderson on ___Tuesday, 12/20/05___, at ___2:00___ a.m./p.m. for initial appearance in this case and for such other appearances as this Court may direct.

Respectfully submitted this ___17th___ day of November 2005.

_____
JAMES W. POWELL
Assistant U. S. Attorney

### ORDER

Upon consideration of the foregoing Application,

David Jolley, U.S. Marshall, Western District of Tennessee, and Warden, WTN State Pen:

**YOU ARE HEREBY COMMANDED** to have **LARRY WALTON** appear before the Honorable S. Thomas Anderson at the date and time aforementioned.

ENTERED this ___18th___ day of ___November___ 2005.

_____
S. THOMAS ANDERSON
United States Magistrate Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on ___11/28/05___



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 1:05-CR-10074 was distributed by fax, mail, or direct printing on November 28, 2005 to the parties listed.

---

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT