IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED IN OPEN COURT:

DATE: 12-29-05
TIME: 3:30 pm
INITIALS: C

UNITED STATES OF AMERICA,

   Plaintiff,

v.                                                      Cr. No. 05-10074-T

LARRY WALTON,

   Defendant.

---

### ORDER ON ARRAIGNMENT

This cause came to be heard on December 29, 2005. The Assistant United States Attorney appeared on behalf of the government, and the defendant appeared in person and with the following counsel, who is appointed:

NAME:          Dianne Smothers for April Goode, Asst Federal Defender
ADDRESS:

TELEPHONE:

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

_____ The defendant, who is not in custody, may stand on his/her present bond.

__✓__ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

S. THOMAS ANDERSON
United States Magistrate Judge

Charges:     convicted felon in possession of a firearm

Assistant U.S. Attorney assigned to case: Powell

Rule 32 was not waived.

Defendant's age: 42

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12/30/05

10

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 1:05-CR-10074 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT